UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JUSTIN CHRISTOPHER SMITH,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)   Nos. 2:21-CV-090<br>)          2:18-CR-086<br>)<br>)<br>) |

## **O R D E R**

In accordance with the accompanying Memorandum Opinion, Petitioner's *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 [Doc. 1; Criminal Doc. 83] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**. Petitioner's motions to stay [Doc. 9] and to lift stay [Doc. 11] are **DENIED as MOOT**. Petitioner's liberally construed motion to amend [Doc. 7] is **GRANTED** to the extent that the Court considered the information contained therein.

Further, for the reasons set forth in the Memorandum Opinion, a certificate of appealability **SHALL NOT ISSUE**. The Court **CERTIFIES** that any appeal from this Order would not be taken in good faith, and, should the Petitioner file a notice of appeal, he is **DENIED** leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the civil file.

    **IT IS SO ORDERED.**

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT

ENTER:

_____
s/ Leon Jordan
United States District Judge